**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

MICHELLE WYCKOFF,

       Plaintiff,

-vs-

EQUIFAX INFORMATION
SERVICES LLC, and TRANS
UNION LLC,

       Defendants.

CASE NO. 6:24-cv-00317-PGB-RMN

**NOTICE OF SETTLEMENT AS TO DEFENDANT,
TRANS UNION LLC**

COMES NOW Plaintiff, MICHELLE WYCKOFF, by and through undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant, TRANS UNION LLC, have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated this 6th day of March, 2024.

1

**/s/ Christopher W. Legg**
Christopher W. Legg, Esq.
Florida Bar #: 0044460
The Consumer Lawyers, PLLC
412 E. Madison Street, Ste 916
Tampa, Florida 33602
Office: (813) 299-8537
Facsimile: (844) 951-3933
Primary Email:
Chris@theconsumerlaywers.com
Secondary Email:
Lisa@theconsumerlawyers.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was filed on this 6th day of March, 2024 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

**/s/ Christopher W. Legg**
Christopher W. Legg, Esq.
Florida Bar #: 0044460
The Consumer Lawyers, PLLC
*Attorney for Plaintiff*